UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INGENUITY13 LLC,

    Plaintiff,

vs.   Case No. 8:12-cv-1690-T-27EAJ

JOHN DOE,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's counsel's Motion to Withdraw as Counsel (Dkt. 14). Upon consideration, it is **ORDERED** that the Motion to Withdraw (Dkt. 14) is **DENIED** without prejudice for failure to comply with Local Rule 2.03(b).[1]

**DONE AND ORDERED** in chambers this 26th day of November, 2012.

                        JAMES D. WHITTEMORE
                        United States District Judge

Copies to:
Counsel of Record

---

[1] "No attorney, having made a general appearance under subsection (a) of this rule, shall thereafter abandon the case or proceeding in which the appearance was made, or withdraw as counsel for any party therein, except *by written leave of Court obtained after giving ten (10) days' notice to the party or client affected thereby, and to opposing counsel.*" Local Rule 2.03(b) (*emphasis added*).

1