UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INGENUITY13 LLC,

        Plaintiff,                                 Case No. 8:12-CV-01690-JDW-EAJ

vs.

JOHN DOE,

        Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), the Doe Defendant remaining in this case has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff prays that the Court enter a judgment reflecting the above.

Respectfully submitted,

                                                              Ingenuity13 LLC,

DATED: December 12, 2012

                                                    By:    /s/ Jonathan A. Torres
                                                                    Jonathan A. Torres (Bar # 67287)
                                                                    JONATHAN A. TORRES, LLC
                                                                    1417 N. Semoran Boulevard, Ste 205
                                                                    Orlando, Florida 32807
                                                                    Phone: 415-325-5900
                                                                    Email: jonathantorresllc@gmail.com