UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**INGENUITY13 LLC,**

    Plaintiff,

vs.                                      Case No. 8:12-cv-1690-T-27EAJ

**JOHN DOE,**

    Defendant.
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. 16). Upon consideration, it is

**ORDERED AND ADJUDGED** that this cause is **DISMISSED** without prejudice. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** this _13th_ day of December, 2012.

                                                     JAMES D. WHITTEMORE
                                                     United States District Judge

Copies to:
Counsel of Record